FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| THE CITIZENS BANK OF FAYETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION CV 00-J-808-J |
| vs. | ) | |
| | ) | ENTERED |
| AMSOUTH BANK, et al., | ) | |
| | ) | APR 13 2000 |
| Defendants. | | |

**MEMORANDUM OPINION**

Currently before the Court is Plaintiff's motion to remand (doc. 4) these proceedings. The Court having considered said motion, along with the memorandum brief in support of removal, is of the opinion, for the reasons set out below, that said motion is due to be GRANTED.

The underlying facts to this motion involve the criminal acts of Robert Humber, a former officer of Citizens Bank of Fayette ("Citizens"). Humber has been convicted of embezzlement in the United States District Court, Northern District of Alabama. Amended Complaint at ¶ 3; Plaintiff's Motion to Remove at Exh. A. Humber's scheme involved the taking of monies he illegally transferred to Citizens from its account at SouthTrust Bank and then subsequently transferring those monies from Citizens to his personal accounts at AmSouth Bank. *Id.* Once the funds were transferred to AmSouth,

he would have those monies transferred to his investment accounts with AmSouth Investments. Amended Complaint at ¶ 5; Plaintiff's Motion to Remove at Exh. A.

In its Amended Complaint, Citizens alleges that AmSouth negligently and wantonly maintained Humber's accounts at AmSouth, Amended Complaint at ¶ 4, negligently and wantonly transferred those monies from AmSouth Bank to AmSouth Investments, Amended Complaint at ¶ 6 and subsequently managed these investment accounts with negligence and wantonness. Amended Complaint at ¶ 8. In addition, Plaintiff avers the Defendants' actions resulted in their unjust enrichment. Amended Complaint at ¶ 7, 14. Finally, Plaintiff maintains Defendant AmSouth Bank acted with negligence, recklessness, wantonness and willfulness to the Plaintiff itself for failing to disclose large sum transactions to it. Amended Complaint at ¶ 10. Plaintiff maintains Defendant AmSouth Investments failed to properly train, supervise, and monitor its agents and employees with respect to recognizing and monitoring suspicious activity. Amended Complaint at ¶¶ 11, 12.

Of particular interest to the Court for purposes of the motion to remand, the Amended Complaint specifically limits its action to state law claims only; expressly acknowledging that it has no claim under Regulation J, 12 C.F.R. § 210.25, Subpart B or otherwise. Amended Complaint at ¶ 15. In so doing, Citizens wishes to proceed under their state law tort and equitable claims based only upon the actions of the Defendants that occurred after the funds were deposited into Humber's personal and investment

accounts. The Court has no jurisdiction over such claims. Accordingly, the Court ORDERS that this action be REMANDED to the Circuit Court of Fayette County, Alabama.

**DONE** and **ORDERED** this the ___/3___ day of April, 2000.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE